UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FLORENCIO GREGORIO MEZA,

Petitioner,

v. Case No.: 2:26-cv-02466-SPC-NPM

U.S. DEPARTMENT OF HOMELAND SECURITY / ICE,

Respondent.

_______________________________/

**OPINION AND ORDER**

Before the Court are Florencio Gregorio Meza's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 5).

Gregorio Meza is a native and citizen of Mexico who entered the United States without inspection on February 24, 2000. On June 2, 2026, local police arrested Gregorio Meza and handed him over to Immigration and Customs Enforcement (ICE). On June 27, 2026, ICE commenced removal proceedings against Gregorio Meza and took him into custody.

On July 8, 2026, Immigration Judge Jennifer Mazza denied Gregorio Meza's request for release on bond, finding he failed to demonstrate that he presents no risk of flight. Gregorio Meza argues Judge Mazza should have ordered his release because of his family and community ties to the United States. But the proper way to challenge the result of a bond hearing is appeal

to the BIA. This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e). Accordingly, Gregorio Meza's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE and ORDERED** in Fort Myers, Florida on September 16, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record